UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ESTATE OF CHRISTOPHER ROBERT ROCHE II, DECEASED, | |
| Plaintiff, | Case No. 3:21-cv-116 |
| vs. | |
| PRUDENTIAL FINANCIAL INC. d/b/a THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, *et al.*, | District Judge Michael J. Newman |
| Defendants. | |

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised by the parties that that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated

**IT IS SO ORDERED.**

Date:  June 3, 2021                         s/Michael J. Newman
                                            Hon. Michael J. Newman
                                            United States District Judge